W Westlake Group

Westlake Center
2801 Post Oak Blvd.
Houston, Texas 77056
Tel: 713/960-9111
Fax: 713/960-8738

August 3, 2001

**VIA CERTIFIED MAIL**

Alex Schoch, Esq.
Vice-President and Assistant General Counsel
The B.F.Goodrich Company
Four Coliseum Centre
2730 W. Tyvola Rd.
Charlotte, N.C. 28217-4578

RECEIVED
AUG 7 2001
A. C. Schoch

Re: Invoices related to Mercury Contaminated Soil Disposal

Dear Alex:

You will shortly be receiving invoices directly from Westlake's Calvert City Plant which reflect costs incurred by Westlake for disposal of mercury contaminated soil. The contaminated soil was the subject of my notice letter to you dated February 21, 2001. As you recall, my February 21 letter provided you with notice of a claim for indemnity pursuant to Section 8.5 of the Purchase and Sale Agreement (hereinafter "Agreement") dated August 17, 1997 between The B.F. Goodrich Company ("BFG") and Westlake Monomers Corporation ("Westlake").

Westlake incurred these disposal costs in connection with excavation of soil for the expansion of the Chlor-Alkali Plant in Calvert City, which was purchased by Westlake from BFG pursuant to the Agreement. During the course of the excavation, visible mercury was discovered in certain locations to the west, east and north of the mercury cell building as shown on the attached maps.

Due to the history of the site, there exists a reasonable potential for mercury contamination of the soil in and around the Chlor-Alkali Plant. Therefore, a consultant was retained to develop a work plan to sample and evaluate the soil and to identify "hot spots". An excavation approach was developed that disturbed the minimal amount of soil, so as to minimize the amount of soil requiring disposal. During the excavation, Westlake followed all guidance issued to us in conversations between Westlake and the Kentucky Division of Waste Management. A Goodrich representative was present during all such conversations. The guidance was consistent with the Work Plan provided to Goodrich pursuant to which the work was conducted.

The attached maps show areas where the soil contained visible mercury. Since the presence of visible mercury prevented hazardous waste landfills from accepting the soil, Westlake sent this soil to a mercury retort facility for treatment.

Upon discovery of visible mercury in the soil, Westlake excavated the immediate area surrounding the visible mercury, taking care to remove only the minimal amount of soil

in an effort to minimize disposal costs. The material was carefully put in properly labeled metal drums, temporarily placed in Westlake's ninety day storage area, and finally disposed of offsite at an approved facility which was permitted to receive the material.

As can be seen on the attached maps, the contaminated soils came primarily from the open areas north and east of the existing building. These are areas where Westlake has not conducted operations since its acquisition of the Plant. The balance of the contaminated soils came from beneath the concrete pad on the north end of the existing cell building. Westlake utilized this pad only briefly and only on a limited basis prior to constructing a new pad on the east side of the cell building in 1998. However, BFG utilized this north pad as a primary maintenance area for all of the period they owned and operated the Plant. Based on these facts, Westlake has determined that the contaminated soil was a result of BFG's operations prior to the Closing Date under the Agreement.

The invoices include the cost of sending the soil to a mercury retort facility for treatment, including the cost for analysis of the soil and consulting costs for investigation of area. These costs exceed the threshold specified in Section 8.4(b)(iii).

If you would like any further information, please let me know.

Sincerely,

William J. Vore
Senior Counsel

Cc: Bennie Deaton--Westlake
Wendell Tinsley--Westlake
John Staples--Westlake
Bruce Amig—Goodrich
Rusty Cress--Greenbaum

07/25/01 11:28 002

W

140'-0"

NORTH PAD

EXIST. BLDG.

144'-0"

180'-0"

N

LEGEND

● VISIBLE MERCURY

O CONFIRMATORY SAMPLE

E

EDGE OF CONC.

SCALE: 1"=40'-0"