
# INVOICE


**Westlake CA&O Corporation**
P.O. Box 527
Calvert City, KY 42029
800-321-8550

REMIT TO:
Westlake CA&O Corporation
P.O. Box 100785
Atlanta, GA 30384-0785

INVOICE NO. 043010-01
CUSTOMER NO.

**BILL TO:** GOODRICH CORP.
ATTN: MR. BRUCE AMIG
4 COLISEUM CENTRE
2730 WEST TYVOLA ROAD
CHARLOTTE, NC 28217-4578

**SHIP TO:**

| SHIP DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 1/30/2010 | | | DUE UPON RECEIPT |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| | | | |

| QUANTITY ORDERED | SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | | BILLING FOR WORK ASSOCIATED WITH EXCAVATING OF SOIL: | | $37,975.20 |

VENDOR # _____ DOC # _____ AP ONLY
APPROVAL _[signature]_ DATE 4.30/10
COMPANY _____ AMOUNT _____ ACCOUNT _____ COST CENTER _____

PROJECT CODE _____ WBS _____
TEXT _____
COMPANY _____ AMOUNT _____ ACCOUNT _____ COST CENTER _____

PROJECT CODE _____ WBS _____
TEXT _____

REST IS CHARGED ON PAST DUE ACCOUNTS AT 1.5% PER MONTH, OR SUCH OTHER MAXIMUM RATE ALLOWED BY LAW.
CE — We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage Hour Division issued under Section 14 thereof.
IRTANT — If shipment shows any evidence of loss or damage notify agent before accepting it. If loss or damage is discovered after delivery is taken notify agent immediately and in any event within fifteen days from date of delivery. Confirm notice

PO-ARB 002782



# INVOICE



**Westlake CA&O Corporation**
P.O. Box 527
Calvert City, KY 42029
800-321-8550

REMIT TO:
Westlake CA&O Corporation
P.O. Box 100785
Atlanta, GA 30384-0785

INVOICE NO. 112612-00
CUSTOMER NO.

BILL TO:
GOODRICH CORPORATION
MR. BRUCE AMIG
4 COLISEUM CENTRE
2730 WEST TYVOLA ROAD
CHARLOTTE, NC 28217

SHIP TO:

11/26/12

| | | | | |
|---|---|---|---|---|
| | | | Partial charges for disposal of mercury contaminated waste associated with the cell room at Calvert City, KY. "see attached" | $208,578.44 |

INTEREST IS CHARGED ON PAST DUE ACCOUNTS AT 1.5% PER MONTH, OR SUCH OTHER MAXIMUM RATE ALLOWED BY LAW.

NOTICE — We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued under Section 14 thereof.

IMPORTANT — If shipment shows any evidence of loss or damage notify agent before accepting it. If loss or damage is discovered after delivery is taken notify agent immediately and in any event within fifteen days from date of delivery. Confirm notice to agent in writing and keep copy. Agent's report of inspection is made in duplicate and consignee must obtain a copy thereof. Failure to comply with the foregoing will invalidate claim against carrier.

3/11

PO-ARB 003946

# INVOICE


**Westlake CA&O Corporation**
P.O. Box 527
Calvert City, KY 42029
800-321-8550

REMIT TO:
Westlake CA&O Corporation
P.O. Box 100785
Atlanta, GA 30384-0785

INVOICE NO. 123112-00
CUSTOMER NO.

**BILL TO:** GOODRICH CORPORATION
MR. BRUCE AMIG
4 COLISEUM CENTRE
2730 WEST TYVOLA ROAD
CHARLOTTE, NC 28217

**SHIP TO:**

| SHIP DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 12/31/2012 | | | DUE UPON RECEIPT |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| | | | |

| QUANTITY ORDERED | SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | | Partial charges for disposal of mercury contaminated waste associated with the cell room at Calvert City, KY. "see attached" | | $ 80,825.51 |

INTEREST IS CHARGED ON PAST DUE ACCOUNTS AT 1.5% PER MONTH, OR SUCH OTHER MAXIMUM RATE ALLOWED BY LAW.
NOTICE — We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued under Section 14 thereof.
IMPORTANT — If shipment shows any evidence of loss or damage notify agent before accepting it. If loss or damage is discovered after delivery is taken notify agent immediately and in any event within fifteen days from date of delivery. Confirm notice to agent in writing and keep copy. Agent's report of inspection is made in duplicate and consignee must obtain a copy thereof. Failure to comply with the foregoing will invalidate claim against carrier.

# INVOICE



**Westlake CA&O Corporation**
P.O. Box 527
Calvert City, KY 42029
800-321-8550

REMIT TO:
Westlake CA&O Corporation
P.O. Box 100785
Atlanta, GA 30384-0785

INVOICE NO. 013113-00
CUSTOMER NO.

**BILL TO:** GOODRICH CORPORATION
MR. BRUCE AMIG
4 COLISEUM CENTRE
2730 WEST TYVOLA ROAD
CHARLOTTE, NC 28217

**SHIP TO:**

| SHIP DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 1/31/2013 | | | DUE UPON RECEIPT |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| | | | |

| QUANTITY ORDERED | SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | | Partial charges for disposal of mercury contaminated waste associated with the cell room at Calvert City, KY.<br><br>"see attached" | | $ 44,584.52 |

INTEREST IS CHARGED ON PAST DUE ACCOUNTS AT 1.5% PER MONTH, OR SUCH OTHER MAXIMUM RATE ALLOWED BY LAW.
NOTICE — We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued under Section 14 thereof.
IMPORTANT — If shipment shows any evidence of loss or damage notify agent before accepting it. If loss or damage is discovered after delivery is taken notify agent immediately and in any event within fifteen days from date of delivery. Confirm notice to agent in writing and keep copy. Agent's report of inspection is made in duplicate and consignee must obtain a copy thereof. Failure to comply with the foregoing will invalidate claim against carrier.

PO-ARB 003957

# INVOICE



**Westlake CA&O Corporation**
P.O. Box 527
Calvert City, KY 42029
800-321-8550

REMIT TO:

**Westlake CA&O Corporation**
P.O. Box 100785
Atlanta, GA 30384-0785

**INVOICE NO.** 022813-00
**CUSTOMER NO.**

**BILL TO:** GOODRICH CORPORATION
MR. BRUCE AMIG
4 COLISEUM CENTRE
2730 WEST TYVOLA ROAD
CHARLOTTE, NC 28217

**SHIP TO:**

| SHIP DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2/28/2013 | | | DUE UPON RECEIPT |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| | | | |

| QUANTITY ORDERED | SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | | Partial charges for disposal of mercury contaminated waste associated with the cell room at Calvert City, KY. "see attached" | | $ 214,831.89 |

INTEREST IS CHARGED ON PAST DUE ACCOUNTS AT 1.5% PER MONTH, OR SUCH OTHER MAXIMUM RATE ALLOWED BY LAW.
NOTICE — We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued under Section 14 thereof.
IMPORTANT — If shipment shows any evidence of loss or damage notify agent before accepting it. If loss or damage is discovered after delivery is taken notify agent immediately and in any event within fifteen days from date of delivery. Confirm notice to agent in writing and keep copy. Agent's report of inspection is made in duplicate and consignee must obtain a copy thereof. Failure to comply with the foregoing will invalidate claim against carrier.

PO-ARB 003980



# INVOICE



**Westlake CA&O Corporation**
P.O. Box 527
Calvert City, KY 42029
800-321-8550

REMIT TO:
Westlake CA&O Corporation
P.O. Box 100785
Atlanta, GA 30384-0785

INVOICE NO. 033113-00

CUSTOMER NO.

BILL TO: GOODRICH CORPORATION
MR. BRUCE AMIG
4 COLISEUM CENTRE
2730 WEST TYVOLA ROAD
CHARLOTTE, NC 28217

SHIP TO:

| SHIP DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 3/31/2013 | | | DUE UPON RECEIPT |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| | | | |

| QUANTITY ORDERED | SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | | Partial charges for disposal of mercury contaminated waste associated with the cell room at Calvert City, KY. "see attached" | | $ 121,971.61 |

INTEREST IS CHARGED ON PAST DUE ACCOUNTS AT 1.5% PER MONTH, OR SUCH OTHER MAXIMUM RATE ALLOWED BY LAW.
NOTICE — We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued under Section 14 thereof.
IMPORTANT — If shipment shows any evidence of loss or damage notify agent before accepting it. If loss or damage is discovered after delivery is taken notify agent immediately and in any event within fifteen days from date of delivery. Confirm notice to agent in writing and keep copy. Agent's report of inspection is made in duplicate and consignee must obtain a copy thereof. Failure to comply with the foregoing will invalidate claim against carrier.

# INVOICE



**Westlake CA&O Corporation**
P.O. Box 527
Calvert City, KY 42029
800-321-8550

REMIT TO:
**Westlake CA&O Corporation**
P.O. Box 100785
Atlanta, GA 30384-0785

INVOICE NO. 043013-00

CUSTOMER NO.

**BILL TO:** GOODRICH CORPORATION
MR. BRUCE AMIG
4 COLISEUM CENTRE
2730 WEST TYVOLA ROAD
CHARLOTTE, NC 28217

**SHIP TO:**

| SHIP DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 4/30/2013 | | | DUE UPON RECEIPT |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| | | | |

| QUANTITY ORDERED | SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | | Partial charges for disposal of mercury contaminated waste associated with the cell room at Calvert City, KY.<br><br>"see attached" | | $ 130,291.56 |

INTEREST IS CHARGED ON PAST DUE ACCOUNTS AT 1.5% PER MONTH, OR SUCH OTHER MAXIMUM RATE ALLOWED BY LAW.
NOTICE — We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wa and Hour Division issued under Section 14 thereof.
IMPORTANT — If shipment shows any evidence of loss or damage notify agent before accepting it. If loss or damage is discovered after delivery is taken notify agent immediately and in any event within fifteen days from date of delivery. Confirm noti to agent in writing and keep copy. Agent's report of inspection is made in duplicate and consignee must obtain a copy thereof. Failure to comply with the foregoing will invalidate claim against carrier.

PO-ARB 003968