

# INVOICE



**Westlake CA&O Corporation**
P.O. Box 527
Calvert City, KY 42029
800-321-8550

REMIT TO:

**Westlake CA&O Corporation**
P.O. Box 100785
Atlanta, GA 30384-0785

INVOICE NO. 061008-01

CUSTOMER NO.

BILL TO: GOODRICH CORP.
ATTN: BRUCE AMIG
4 COLISEUM CENTRE
2730 WEST TYVOLA ROAD
CHARLOTTE, NC 28217-4578

SHIP TO:

| SHIP DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 5/31/08 | | | DUE UPON RECEIPT |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|

| QUANTITY ORDERED | SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | | PARTIAL BILLING FOR WORK ASSOCIATED WITH EXCAVATING OF SOIL - WEST AND NORTH OF THE OLD MERCURY CELL ROOM. | | 180,290.64 |

NTEREST IS CHARGED ON PAST DUE ACCOUNTS AT 1.5% PER MONTH, OR SUCH OTHER MAXIMUM RATE ALLOWED BY LAW.
NOTICE — We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued under Section 14 thereof.
MPORTANT — If shipment shows any evidence of loss or damage notify agent before accepting it. If loss or damage is discovered after delivery is taken notify carrier immediately

# DIRT DISPOSAL

## Excavating & disposal as of July 31, 2008

### Third invoice

| | |
|---|---:|
| VEOLIA ENVIRONMENTAL SERVICES | |
| 815425521 | 61,314.00 |
| 816459669 | 50,934.00 |
| 816459668 | 50,069.00 |
| 816459670 | 18,165.00 |
| | 180,482.00 |
| | |
| ENERFAB | 810.72 |
| | |
| PARTIAL BILLING | 181,292.72 |

```
VENDOR#_____  DOC#_____   AP ONLY
APPROVAL  BCkj  KfMughy    DATE 8.28.08
COMPANY   AMOUNT        ACCOUNT       COST CENTER
          $181,292.72   10815         00000
PROJECT CODE_____  WBS_____
TEXT            Calvert City
COMPANY   AMOUNT        ACCOUNT       COST CENTER
_____
PROJECT CODE_____  WBS_____
TEXT_____
```


# INVOICE



**Westlake CA&O Corporation**
P.O. Box 527
Calvert City, KY 42029
800-321-8550

REMIT TO:
Westlake CA&O Corporation
P.O. Box 100785
Atlanta, GA 30384-0785

INVOICE NO. 092208-01
CUSTOMER NO.

BILL TO:
GOODRICH CORP
ATTN: BRUCE AMIG
4 COLISEUM CENTRE
2730 WEST TYVOLA ROAD
CHARLOTTE, NC 28217-4578

SHIP TO:

| SHIP DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 8/31/08 | | | DUE UPON RECEIPT |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| | | | |

| QUANTITY ORDERED | SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | | Partial billing for work associated with excavating and disposal of soil | | $179,300.65 |

INTEREST IS CHARGED ON PAST DUE ACCOUNTS AT 1.5% PER MONTH, OR SUCH OTHER MAXIMUM RATE ALLOWED BY LAW.
NOTICE — We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued under Section 14 thereof.
IMPORTANT — If shipment shows any evidence of loss or damage notify agent before accepting it. If loss or damage is discovered after delivery is taken notify agent immediately and in any event within fifteen days from date of delivery. Confirm notice to agent in writing and keep copy. Agent's report of inspection is made in duplicate and consignee must obtain a copy thereof. Failure to comply with the foregoing will invalidate claim against carrier.


# INVOICE



**Westlake CA&O Corporation**
P.O. Box 527
Calvert City, KY 42029
800-321-8550

REMIT TO:
Westlake CA&O Corporation
P.O. Box 100785
Atlanta, GA 30384-0785

INVOICE NO. 102108-01

CUSTOMER NO.

BILL TO:
GOODRICH CORP
ATTN: BRUCE AMIG
4 COLISEUM CENTRE
2730 WEST TYVOLA ROAD
CHARLOTTE, NC 28217-4578

SHIP TO:

| SHIP DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 9/30/08 | | | DUE UPON RECEIPT |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| | | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | | Partial billing for work associated with excavating and disposal of soil | | $105,815.69 |

INTEREST IS CHARGED ON PAST DUE ACCOUNTS AT 1.5% PER MONTH, OR SUCH OTHER MAXIMUM RATE ALLOWED BY LAW.

NOTICE — We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued under Section 14 thereof.

IMPORTANT — If shipment shows any evidence of loss or damage notify agent before accepting it. If loss or damage is discovered after delivery is taken notify agent immediately and in any event within fifteen days from date of delivery. Confirm notice to agent in writing and keep copy. Agent's report of inspection is made in duplicate and consignee must obtain a copy thereof. Failure to comply with the foregoing will invalidate claim against carrier.



# INVOICE



**Westlake CA&O Corporation**
P.O. Box 527
Calvert City, KY 42029
800-321-8550

REMIT TO:

**Westlake CA&O Corporation**
P.O. Box 100785
Atlanta, GA 30384-0785

INVOICE NO. 121908-01

CUSTOMER NO.

**BILL TO:**
GOODRICH CORP
ATTN: BRUCE AMIG
4 COLISEUM CENTRE
2730 WEST TYVOLA ROAD
CHARLOTTE, NC 28217-4578

**SHIP TO:**

| SHIP DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 11/30/08 | | | DUE UPON RECEIPT |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| | | | |

| QUANTITY ORDERED | SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | | Partial billing for work associated with excavating and disposal of soil | | 152,621.50 |

INTEREST IS CHARGED ON PAST DUE ACCOUNTS AT 1.5% PER MONTH, OR SUCH OTHER MAXIMUM RATE ALLOWED BY LAW.
NOTICE — We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued under Section 14 thereof.
IMPORTANT — If shipment shows any evidence of loss or damage notify agent before accepting it. If loss or damage is discovered after delivery is taken notify agent immediately and in any event within fifteen days from date of delivery. Confirm notice to agent in writing and keep copy. Agent's report of inspection is made in duplicate and consignee must obtain a copy thereof. Failure to comply with the foregoing will invalidate claim against carrier.




# INVOICE

**Westlake CA&O Corporation**
P.O. Box 527
Calvert City, KY 42029
800-321-8550

REMIT TO:
**Westlake CA&O Corporation**
P.O. Box 100785
Atlanta, GA 30384-0785

INVOICE NO. 022009-01

CUSTOMER NO.

**BILL TO:** GOODRICH CORP.
ATTN: BRUCE AMIG
4 COLISEUM CENTRE
2730 WEST TYVOLA ROAD
CHARLOTTE, NC 28217-4578

**SHIP TO:**

| SHIP DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 1/31/09 | | | DUE UPON RECEIPT |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| | | | |

| QUANTITY ORDERED | SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | | Partial billing for work associated with excavating and disposal of soil | | $ 14,300.00 |

VENDOR # _____  DOC # _____  AP ONLY
APPROVAL _B. Calmes_  DATE 2·24·09
COMPANY   AMOUNT       ACCOUNT    COST CENTER
          $14,300      10815      000000
PROJECT CODE                WBS
TEXT _Calvert City_
COMPANY   AMOUNT       ACCOUNT    COST CENTER

PROJECT CODE                WBS
TEXT

INTEREST IS CHARGED ON PAST DUE ACCOUNTS AT 1.5% PER MONTH, OR SUCH OTHER MAXIMUM RATE ALLOWED BY LAW.
NOTICE — We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued under Section 14 thereof.
IMPORTANT — If shipment shows any evidence of loss or damage notify agent before accepting it. If loss or damage is discovered after delivery is taken notify agent immediately and in any event within fifteen days from date of delivery. Confirm notice to agent in writing and keep copy. Agent's report of inspection is made in duplicate and consignee must obtain a copy thereof. Failure to comply with the foregoing will invalidate claim against carrier.



# INVOICE



Westlake CA&O Corporation
P.O. Box 527
Calvert City, KY 42029
800-321-8550

REMIT TO:
Westlake CA&O Corporation
P.O. Box 100785
Atlanta, GA 30384-0785

INVOICE NO. 061109-01

CUSTOMER NO.

BILL TO: GOODRICH CORP.
ATTN: BRUCE AMIG
4 COLISEUM CENTRE
2730 WEST TYVOLA ROAD
CHARLOTTE, NC 28217-4578

SHIP TO:

| SHIP DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 5/31/09 | | | DUE UPON RECEIPT |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| | | | |

| QUANTITY ORDERED | SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | | Partial billing for work associated with excavating and disposal of soil. | | $25,259.77 |

INTEREST IS CHARGED ON PAST DUE ACCOUNTS AT 1.5% PER MONTH, OR SUCH OTHER MAXIMUM RATE ALLOWED BY LAW.
NOTICE — We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued under Section 14 thereof.
IMPORTANT — If shipment shows any evidence of loss or damage notify agent before accepting it. If loss or damage is discovered after delivery is taken notify agent immediately and in any event within fifteen days from date of delivery. Confirm notice to agent in writing and keep copy. Agent's report of inspection is made in duplicate and consignee must obtain a copy thereof. Failure to comply with the foregoing will invalidate claim against carrier.